IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ROBERTS, individually and on behalf of all others similarly situated<br><br>Plaintiff<br>v.<br><br>FAMILY PRACTICE CENTER PC<br><br>Defendant | Civil Action No: 4:22-cv-01804-MWB<br><br>(Hon. Matthew W. Brann, C.J.)<br><br>JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this 22nd day of December 2022, upon consideration of the unopposed Motion of Defendant, Family Practice Center, P.C., to Exceed Page Limits for its Brief in support of its Motion to Dismiss, **IT IS HEREBY ORDERED** that said Motion is **GRANTED.**

Defendant may file a Brief in support of its Motion to Dismiss (ECF Doc. No. 7) not exceeding thirty (30) pages.

BY THE COURT:

*s/ Matthew W. Brann*
**Matthew W. Brann**
**Chief United States District Judge**